# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**TERRANCE O. ROBINSON,**
**Petitioner,**

vs.                                                                                                         Case Number:   **08-2280**

**UNITED STATES OF AMERICA,**
**Respondent.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**  that pursuant to 28 U.S.C. §2255 is denied.  Case is terminated.

ENTER this 21st day of January 2009.

s/Pamela E. Robinson, Clerk
PAMELA E. ROBINSON, CLERK

s/K. Wynn
BY:  DEPUTY CLERK